GARY *v.* WOODWARD.

FISH, C. J. Under the pleadings and the evidence submitted there was no error in directing a verdict for the defendant.

*Judgment affirmed. All the Justices concur.*

NOVEMBER 18, 1910.

Equitable petition. Before Judge Pendleton. Fulton superior court. November 1, 1909.

*Lowndes Calhoun,* for plaintiff.

*A. E. Ramsaur* and *J. S. Slicer,* for defendant.